# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA READE,<br><br>          Plaintiff,<br><br>v.<br><br>THE NEW YORK TIMES COMPANY,<br><br>          Defendant. | CASE NO. 2:22−CV−00543−WBS−KJN<br><br>**ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: February 22, 2022<br>Trial date: None set |

For good cause shown, and there being no opposition, defendant's *ex parte* application for an extension of time to respond to plaintiff's complaint is hereby APPROVED. Defendant's deadline is extended to April 21, 2022.

IT IS SO ORDERED.

Dated:  March 30, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE