1

**AKERMAN LLP**
Kanika D. Corley (State Bar No. 223607)
*kanika.corley@akerman.com*
601 West Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-63422

2

3

4

5

**THE NEW YORK TIMES COMPANY**
Al-Amyn Sumar (*admitted pro hac vice*)
*al-amyn.sumar@nytimes.com*
620 8th Avenue
New York, NY 10018
Telephone: (202) 862-7705
Facsimile: (212) 556-4634

6

7

8

9

Attorneys for Defendant
THE NEW YORK TIMES COMPANY

10

## UNITED STATES DISTRICT COURT

11

## FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  TARA READE,                            CASE NO. 2:22−CV−00543−WBS−KJN

14              Plaintiff,

15  v.                                     **STIPULATION AND ORDER TO RESCHEDULE DATE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE (DOCKET NO. 3)**

16  THE NEW YORK TIMES COMPANY,

17              Defendant.

18                                         Conference Date: July 18, 2022
                                           Time: 1:30 p.m.
19                                         Dept.: 5
                                           New Proposed Date: August 22, 2022
20
                                           Complaint Filed:  February 22, 2022
21

22

23          Pursuant to the United States District Court, Eastern District of California, Local Rules 143

24  and 144, Plaintiff Tara Reade ("Plaintiff") and Defendant The New York Times Company

25  ("Defendant") (collectively, the "Parties") hereby file this Stipulation to reschedule the July 18, 2022

26  Status (Pretrial Scheduling) Conference and all related deadlines until August 22, 2022, or to a date

27  thereafter that is convenient for the Court.

28  / / /

**AKERMAN LLP**
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

1     WHEREAS, on February 22, 2022, Plaintiff filed a Complaint against Defendant in the

2  Superior Court of California, County of Nevada, Case No.: CU22-086270, (Docket ("Dkt.") No. 1-

3  2);

4     WHEREAS, Defendant filed a Notice of Removal on March 24, 2022, (Dkt. No. 1);

5     WHEREAS, on March 24, 2022, the Court scheduled a Status (Pretrial Scheduling)

6  Conference for July 18, 2022, at 1:30 PM before Senior Judge William B. Shubb (Dkt. No. 3);

7     WHEREAS, on April 21, 2022, Defendant filed a Motion to Dismiss Plaintiff's Complaint

8  (Dkt. No. 10) and a Special Motion to Strike (Dkt. No. 11), the hearing for which took place June

9  27, 2022 (Dkt. No. 17);

10    WHEREAS, on July 1, 2022, this Court granted Defendant's Motion to Dismiss and Special

11  Motion to Strike (Dkt. No. 21). In so doing, the Court granted Plaintiff 20 days leave to amend;

12    WHEREAS, the Parties believe that setting the Status (Pretrial Scheduling) Conference to a

13  date after any amended Complaint is filed will assist with the thorough evaluation of issues to be

14  addressed as required by Rule of Civil Procedure 26(f) in advance of the preparation and filing of a

15  Joint Status Report, as directed within Dkt. No. 3. The Parties believe that the proposed continuance

16  will further the interests of judicial efficiency and economy as it will ensure that only matters that

17  are being litigated are before the Court on Pretrial Scheduling issues;

18    WHEREAS, this is the Parties' first request for a continuance of the Status (Pretrial

19  Scheduling) Conference;

20    WHEREAS, a continuance will impact only Rule 26 related deadlines; no other dates or

21  deadlines in this matter will be impacted;

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

**STIPULATION AND ORDER TO RESCHEDULE DATE OF STATUS (PRETRIAL SCHEDULING)
CONFERENCE (DOCKET NO. 3)**
64481240;1

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

/ / /

NOW, THEREFORE, the Parties stipulate and jointly request that the Court continue the July 18, 2022 Status (Pretrial Scheduling) Conference to August 22, 2022, or to a date thereafter that is convenient for the Court; and that all Rule 26 deadlines will flow from the new Status (Pretrial Scheduling) Conference date.

**IT IS SO STIPULATED.**

DATED: July 5, 2022                    **AKERMAN LLP**


By: */s/ Kanika D. Corley*
Kanika D. Corley
Attorneys for Defendant
THE NEW YORK TIMES COMPANY

DATED: July 5, 2022                    **PHOCUS LAW**


By: */s/ Samuel C. Richardson*
Samuel C. Richardson
Attorneys for Plaintiff
TARA READE

Signatories hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**AKERMAN LLP**
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

**STIPULATION AND ORDER TO RESCHEDULE DATE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE (DOCKET NO. 3)**
64481240;1

## ORDER

Pursuant to the stipulation of the Parties, and finding the existence of good cause, IT IS ORDERED that the Status (Pretrial Scheduling) Conference, currently set for July 18, 2022, is continued to **August 29, 2022 at 1:30 p.m.**  The Parties are to file their Joint Report no later than **August 15, 2022**, consistent with the requirements set forth in Rule 26 and this Court's Order Re: Status (Pretrial Schedule) Conference (Dkt. No. 3).

**IT IS SO ORDERED.**

**Dated:  July 6, 2022**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342