PHOCUS LAW
30025 ALICIA PKWY.
PMB 7001
LAGUNA NIGUEL, CA 92677
TELEPHONE:  (602) 457-2191
FAX: (602) 955-4457
EMAIL:  Sam@PhocusCompanies.com
FILE NO: 01405

SAMUEL C. RICHARDSON – STATE BAR NO. 329214
*Attorney for Plaintiff*
TARA READE

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA READE,<br><br>                    Plaintiff,<br><br>          vs.<br><br>THE NEW YORK TIMES COMPANY,<br><br>                    Defendant. | Case No. 2:22-CV-00543-WBS-KJN<br><br>**NOTICE OF APPEAL** |

       Plaintiff, Tara Reade ("Plaintiff"), appeals to the United States Court of the Appeals for the Ninth Circuit from the order on Defendant's Motion to Dismiss and Motion to Strike entered on July 1, 2022.

              DATED this 28th day of July, 2022.


              PHOCUS LAW


               By:*/s/Samuel C. Richardson*
                  Samuel C. Richardson
                  *Attorney for Plaintiff*
                  TARA READE