UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**TARA READE,**
    Plaintiff

  v.                                    **CASE NO. 2:22−CV−00543−WBS−KJN**

**NEW YORK TIMES COMPANY,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **July 28, 2022** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

July 29, 2022

                      **KEITH HOLLAND**
                      **CLERK OF COURT**

              **by:** /s/ K. Zignago
                      Deputy Clerk