UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO:        CLERK, U.S. COURT OF APPEALS

FROM:      CLERK, U.S. DISTRICT COURT

SUBJECT:   NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:22−CV−00543−WBS−KJN** |
| USDC Judge: | **SENIOR JUDGE WILLIAM B. SHUBB** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **TARA READE vs. NEW YORK TIMES COMPANY** |
| Type: | **CIVIL** |
| Complaint Filed: | **3/24/2022** |
| Appealed Order/Judgment Filed: | **7/1/2022** |
| Court Reporter Information: | **Tiphanne Crowe** |

FEE INFORMATION

**Fee Status: Paid on 7/28/2022 in the amount of $505.00**

Information prepared by: /s/  **K. Zignago , Deputy Clerk**