UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 13 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TARA READE, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> NEW YORK TIMES COMPANY, <br><br> Defendant-Appellee. | No. 22-16144 <br><br> D.C. No. 2:22-cv-00543-WBS-KJN <br> Eastern District of California, <br> Sacramento <br><br> ORDER |

On August 10, 2022, this court ordered appellant, within 21 days, either to move for voluntary dismissal of this appeal or to show cause why it should not be dismissed for lack of jurisdiction.  The order warned appellant that failure to comply would result in the automatic dismissal of the appeal by the Clerk of the Court.  To date, appellant has not complied with the court's order.  Accordingly, this appeal is dismissed for failure to prosecute.  *See* 9th Cir. R. 42-1.

This order served on the district court shall, 21 days after the date of the order, act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By:  Lance C. Cidre
Deputy Clerk
Ninth Circuit Rule 27-7

LCC/MOATT