## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**TARA READE,**

CASE NO: **2:22–CV–00543–WBS–KJN**

v.

**NEW YORK TIMES COMPANY,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/13/2022**

**Keith Holland**
Clerk of Court

ENTERED: **October 14, 2022**

by: /s/ J. Donati
Deputy Clerk