# Exhibit A

### David McCraw

| Date | Task | |
|---|---|---|
| 2/28/2022 | Review complaint and law on statute of limitations. | 0.8 |
| 3/23/2022 | Review notice of removal. | 0.4 |
| 4/16/2022 | Review first draft of brief for motion to dismiss and research on judicial notice. | 1.2 |
| 4/19/2022 | Review revised draft of brief. | 0.5 |
| 4/21/2022 | Phone conference with Jess Hui re: redaction of filings. Research on redaction in filings. | 0.4 |
| 5/7/2022 | Review response brief from Reade. | 0.7 |
| 5/16/2022 | Review draft of our reply. | 0.9 |
| 6/24/2022 | Prepare for and participate in moot argument for motion to dismiss. | 1.7 |
| | **Total** | **6.6** |

### Dana Green

| Date | Task | |
|---|---|---|
| 6/23/2022 | Prepare for moot. | 1.0 |
| 6/24/2022 | Attend moot. | 1.1 |
| | **Total** | **2.1** |

### Karen Chesley

| Date | Task | |
|---|---|---|
| 2/28/2022 | Review complaint and draft email to A. Sumar re analysis of same. | 0.8 |
| 3/15/2022 | Review MTD outline and add comments to same. | 0.4 |
| 4/18/2022 | Edit and provide comments on draft MTD. | 1.1 |
| 5/6/2022 | Review Reade opposition to MTD. | 0.4 |
| 5/14/2022 | Edit and provide comments on draft reply ISO MTD. | 0.8 |
| 6/27/2022 | Attend telephonic OA on MTD. | 1.2 |
| 7/1/2022 | Review decision on MTD and draft email to A. Sumar re same. | 0.3 |
| 7/11/2022 | Conf with A. Sumar and NYT team re [redacted]. | 0.2 |
| | **Total** | **5.2** |

### Al-Amyn Sumar

| Date | Task | |
|---|---|---|
| 3/9/2022 | Build outline of motion to dismiss/strike brief. | 0.5 |
| 3/10/2022 | Conduct legal research regarding statutory and common law claims; build outline for motion to dismiss/strike brief. | 1.8 |
| 3/11/2022 | Call with prospective local counsel; discussion with J. Hui re case strategy; legal research regarding negligence claim. | 1.8 |
| 3/15/2022 | Legal research regarding anti-SLAPP in federal court and public disclosure claim; continue building outline for MTD brief. | 2.5 |
| 3/21/2022 | Review and revise J. Hui's draft of notice of removal; review other requirements for removal papers. | 2.3 |
| 3/22/2022 | Review and revise J. Hui's draft notice to adverse party; continue revising notice of removal; review legislative history of 1798.85. | 4.1 |
| 3/23/2022 | Review and revise J. Hui's drafts of other removal filings. | 0.5 |
| 3/24/2022 | Confer with J. Hui regarding removal and legal research; review K. Corley's draft filings. | 0.9 |
| 3/28/2022 | Draft papers for extension of time motion; continue building outline of brief; additional legal research regarding [redacted]. | 3.7 |
| 3/31/2022 | Begin drafting motion to dismiss/strike brief. | 1.9 |
| 4/4/2022 | Continue drafting motion to dismiss/strike brief. | 5.6 |
| 4/5/2022 | Continue drafting motion to dismiss/strike brief; additional research regarding negligence claim. | 4.1 |
| 4/13/2022 | Continue drafting motion to dismiss/strike brief. | 2.2 |
| 4/14/2022 | Continue drafting motion to dismiss/strike brief; draft request for judicial notice and declaration. | 4.4 |
| 4/15/2022 | Continue drafting motion to dismiss/strike brief; draft request for judicial notice and declaration. | 4.8 |
| 4/18/2022 | Revise brief and other filings in response to comments of D. McCraw and K. Chesley. | 4.2 |
| 4/19/2022 | Draft motion to seal; address comments of K. Corley; confer with K. Corley re same; conduct cite-check of brief. | 5.4 |
| 5/6/2022 | Review opposition brief; build outline of reply brief. | 1.5 |
| 5/9/2022 | Conduct legal research regarding anti-SLAPP statute and all claims. | 3.0 |
| 5/10/2022 | Begin drafting reply brief. | 6.6 |
| 5/11/2022 | Continue drafting reply brief. | 4.2 |
| 5/12/2022 | Additional revisions to reply brief, including in response to comments of J. Hui and K. Corley; make final revisions to reply brief; confer with K. Corley re filing. | 5.1 |

| | Hours | Rate | |
|---|---|---|---|
| David McCraw | 6.6 | 650 | 4290 |
| Dana Green | 2.1 | 450 | 945 |
| Karen Chesley | 5.2 | 450 | 2340 |
| Al-Amyn Sumar | 98.8 | 400 | 39520 |
| Jess Hui | 31.9 | 300 | 9570 |
| | | | 56665 |

| Date | Task | |
|---|---|---|
| 6/22/2022 | Prepare for oral argument. | 2.2 |
| 6/23/2022 | Prepare for oral argument; confer with K. Corley regarding same. | 3.4 |
| 6/24/2022 | Prepare for oral argument and attend moot with colleagues. | 3.5 |
| 6/26/2022 | Prepare for oral argument. | 2.5 |
| 6/27/2022 | Final preparations for oral argument and attend argument. | 7.9 |
| 8/24/2022 | Review motion for fees drafted by J. Hui. | 0.2 |
| 8/30/2022 | Begin revising motion for fees. | 0.5 |
| 12/5/2022 | Continue revising motion for fees. | 1.5 |
| 12/8/2022 | Continue revising motion for fees; revise declaration in support of fee motion. | 2.2 |
| 12/9/2022 | Continue and complete revised motion for fees; revise declaration in support of fee motion. | 1.8 |
| 12/12/2022 | Final review of and revisions to motion for fees and declaration. | 2 |
| | **Total** | **98.8** |

### Jess Hui

| Date | Task | |
|---|---|---|
| 3/8/2022 | Research how "intent" is defined in other CA privacy statutes. | 2.3 |
| 3/9/2022 | Research whether SSN statutes around the country provide private causes of action. | 3.9 |
| 3/9/2022 | Research how "intent" is defined in other CA statutes. | 2.1 |
| 3/11/2022 | Call with prospective local counsel; discuss case strategy and research with A. Sumar. | 1.8 |
| 3/11/2022 | Research on merits of federal vs. state court, including anti-SLAPP applicability & fact/law distinction. | 1.8 |
| 3/17/2022 | Research on 1798.85. | 3.1 |
| 3/21/2022 | Draft removal papers; compile relevant exhibits. | 1.1 |
| 3/24/2022 | Meet with A. Sumar to discuss removal papers. | 0.5 |
| 3/28/2022 | Research on "offensive and objectionable element" for public disclosure claim and economic loss rule for negligence claim. | 3.8 |
| 4/4/2022 | Outline section on public disclosure of private facts; research judicial notice procedures. | 0.5 |
| 4/6/2022 | Draft public disclosure of private facts section. | 1.7 |
| 4/18/2022 | Edit MTD; research [redacted]. | 1.0 |
| 4/19/2022 | Add pincites for WL citations. | 0.4 |
| 4/21/2022 | Draft request to seal; proof all other filings; call with DM (0.3). | 3.6 |
| 5/16/2022 | Edit reply brief. | 1.1 |
| 6/24/2022 | Prepare for and attend moot. | 1.8 |
| 7/5/2022 | Research on timing of fees application & fees on fees. | 1.4 |
| | **Total** | **31.9** |