# Exhibit B



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

**Remittance Copy**

Invoice Date      April 05, 2022
Invoice No.      9766680

THE NEW YORK TIMES COMPANY
1627 I STREET NW
WASHINGTON, DC 20006

Client Name:    **THE NEW YORK TIMES COMPANY**
Matter Name:    **READE, TARA V. THE NEW YORK TIMES COMPANY**
Matter Number:    **0399543**      Claim No: **NONE**

---

*For professional services rendered through March 31, 2022 as summarized below:*

| | |
|---|---|
| Services | $4,087.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$4,087.00** |

*To ensure proper credit to the above account, please indicate invoice no. 9766680*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA

akerman.com



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

| Invoice Date | April 05, 2022 |
|---|---|
| Invoice No. | 9766680 |

THE NEW YORK TIMES COMPANY
1627 I STREET NW
WASHINGTON, DC 20006

| Client Name: | **THE NEW YORK TIMES COMPANY** | |
|---|---|---|
| Matter Name: | **READE, TARA V. THE NEW YORK TIMES COMPANY** | |
| Matter Number: | **0399543** | Claim No: **NONE** |

*For professional services rendered through March 31, 2022 as summarized below:*

| Services | $4,087.00 |
|---|---|
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$4,087.00** |

*To ensure proper credit to the above account, please indicate invoice no. 9766680*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA

akerman.com

Akerman LLP

| 093692 | THE NEW YORK TIMES COMPANY | As of | March 31, 2022 |
| 0399543 | READE, TARA V. THE NEW YORK TIMES COMPANY | Invoice Number | 9766680 |

| **Date** | **Services** | **Initials** | **Hours** | **Value** |
|---|---|---|---|---|
| 15-Mar-22 | Exchange multiple communications with client representatives regarding removal procedures, requisite pleadings, issues re potential for federal court vs remaining in state court evaluate issue of necessary extension respond to complaint, evaluate draft dispositive pleading | KDC | 2.50 | 1,675.00 |
| 15-Mar-22 | Review draft outline of anti-SLAPP motion and additional issues to be considered; evaluate issue of how to obtain extension of time to respond to complaint | KDC | 1.00 | 670.00 |
| 17-Mar-22 | Review and assess whether and how to obtain leave for an extension to respond to complaint and ████████████ ████████████████████; compose correspondence to A. Sumar and J. Hui re same | KDC | 0.80 | 536.00 |
| 23-Mar-22 | Review draft removal pleadings and prepare revisions to same in conjunction with exchange communications with A. Sumar re same | KDC | 1.00 | 670.00 |
| 24-Mar-22 | Exchange communications with A. Sumar concerning removal and service on plaintiff; evaluate court's standing orders and communications regarding same | KDC | 0.30 | 201.00 |
| 25-Mar-22 | Review pro hac vice application and communications regarding same | KDC | 0.20 | 134.00 |
| 28-Mar-22 | Review draft application and supporting pleadings in support of application for extension of time to respond to complaint in conjunction with identify necessary revisions and correspond with A. Sumar regarding same | KDC | 0.30 | 201.00 |

**Total Services** ......................................................................................................................**$4,087.00**

Akerman LLP

| 093692 | THE NEW YORK TIMES COMPANY | As of | March 31, 2022 |
| 0399543 | READE, TARA V. THE NEW YORK TIMES COMPANY | Invoice Number | 9766680 |

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KDC | K. D. CORLEY | 6.10 | 4,087.00 |
| | Total | 6.10 | $4,087.00 |



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

Remittance Copy

| | |
|---|---|
| Invoice Date | May 06, 2022 |
| Invoice No. | 9776481 |

THE NEW YORK TIMES COMPANY
1627 I STREET NW
WASHINGTON, DC 20006

Client Name:     THE NEW YORK TIMES COMPANY
Matter Name:     READE, TARA V. THE NEW YORK TIMES
                 COMPANY
Matter Number:   0399543                          Claim No: 623dc6950ac55

For professional services rendered through April 30, 2022 as summarized below:

| | |
|---|---|
| Services | $4,028.00 |
| Disbursements | $850.09 |
| **TOTAL THIS INVOICE** | $4,878.09 |
| | |
| PREVIOUS BALANCE | 4,087.00 |
| (Includes payments received through 05/06/22) | |
| **TOTAL AMOUNT DUE** | $8,965.09 |

To ensure proper credit to the above account, please indicate invoice no. 9776481
Return remittance sheet with payment in US funds.
Wired funds accepted:
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA

akerman.com



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

| Invoice  Date | May 06, 2022 |
| Invoice No. | 9776481 |

THE NEW YORK TIMES COMPANY
1627 I STREET NW
WASHINGTON, DC 20006

| Client Name: | THE NEW YORK TIMES COMPANY |
| Matter Name: | READE, TARA V. THE NEW YORK TIMES COMPANY |
| Matter Number: | 0399543 |

Claim No: 623dc6950ac55

For professional services rendered through April 30, 2022 as summarized below:

| | |
|---|---|
| Services | $4,028.00 |
| Disbursements | $850.09 |
| **TOTAL THIS INVOICE** | $4,878.09 |
| | |
| PREVIOUS BALANCE | 4,087.00 |
| (Includes payments received through 05/06/22) | |
| **TOTAL AMOUNT DUE** | $8,965.09 |

To ensure proper credit to the above account, please indicate invoice no. 9776481
Return remittance sheet with payment in US funds.
Wired funds accepted:
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA

akerman.com

Akerman LLP                                                                                    Page 3

| 093692 | THE NEW YORK TIMES COMPANY | As of | April 30, 2022 |
| 0399543 | READE, TARA V. THE NEW YORK TIMES COMPANY | Invoice Number | 9776481 |

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 18-Apr-22 | Review process on requesting sealing of certain content in conjunction with exchange written communications with A. Sumar re anti-SLAPP and motion to dismiss | KDC | 0.20 | 134.00 |
| 18-Apr-22 | Review draft briefs and outline proposed edits to same in conjunction with provide previously filed motions with additional arguments to consider using; compose responsive email to A. Sumar regarding same | KDC | 1.00 | 670.00 |
| 19-Apr-22 | Identify revisions for declaration and request for judicial notice | KDC | 0.30 | 201.00 |
| 19-Apr-22 | Telephonic discussion with A. Sumar concerning request to seal in conjunction with anti-SLAPP and motion to dismiss | KDC | 0.20 | 134.00 |
| 20-Apr-22 | Review near-final drafts of motion to strike, motion to dismiss, request to seal and supporting pleadings, in conjunction with identify proposed revisions and provide legal citations in support of additional arguments in support of our arguments | KDC | 2.00 | 1,340.00 |
| 21-Apr-22 | Multiple exchanges regarding pleadings in support of Special Motion to Strike, Motion to Dismiss and Motion to Seal in conjunction with prepare supplementations and additional draftings re same | KDC | 2.00 | 1,340.00 |
| 22-Apr-22 | Communications with J. Hui | KDC | 0.10 | 67.00 |
| 25-Apr-22 | Review and analysis re statutory requirements of special motions to strike, including ███████████████████████████ ████████████████████████ | RJD | 0.40 | 142.00 |

Total Services ...........................................................................................................$4,028.00

Akerman LLP                                                                                      Page 4

| 093692 | THE NEW YORK TIMES COMPANY | As of | April 30, 2022 |
| 0399543 | READE, TARA V. THE NEW YORK TIMES COMPANY | Invoice Number | 9776481 |

| <u>Date</u> | <u>Disbursements</u> | <u>Value</u> |
| --- | --- | --- |
| 29-Apr-22 | FEDERAL EXPRESS Airbill: 272305846351 per 6575 Invoice No: 773962170 Ship Dt: 04/22/22 | 13.46 |
| Total for FEDERAL EXPRESS | | 13.46 |
| 8-Apr-22 | COURT SERVICES - BANK OF AMERICA - Line 54 03/25/2022 CALIFORNIA EASTERN DISTRICT COURT Account Number: 3219720 For: Filing fee Ã¢â‚¬" Application Pro Hac Vice of Al-Amyn Shiraz Sumar. Amount:  $225.00 Tracking Id: ACAEDC-10142287 C/M: 093692 Ã¢â‚¬" 0399543. DD/6527 | 225.00 |
| 8-Apr-22 | COURT SERVICES - BANK OF AMERICA - Line 51 03/24/2022 CALIFORNIA EASTERN DISTRICT COURT Account Number: 3219720 For: Filing fee Ã¢â‚¬" Notice of Removal Amount: $402.00 Tracking Id: ACAEDC-10140890 C/M: 093692 Ã¢â‚¬" 0399543. DD/6527 | 402.00 |
| Total for COURT SERVICES | | 627.00 |
| 01-Apr-22 | FILING FEES - FIRST LEGAL NETWORK LLC - Date: 3/24/22 Ordr No. 4935312 Service: FILING-FWD PDF RUSH FILE TODAY FILE/CONFORM/RETURN Signed: filed/flc Case Title: READE V THE NEW YORK COMPANY Amount: $209.63 Ref: 0399543. DD/6527 | 209.63 |
| Total for FILING FEES | | 209.63 |

Total Disbursements ...........................................................................................................$850.09

Case 2:22-cv-00543-WBS-KJN   Document 33-2   Filed 12/13/22   Page 10 of 26

| 093692 | THE NEW YORK TIMES COMPANY | As of | April 30, 2022 |
| 0399543 | READE, TARA V. THE NEW YORK TIMES COMPANY | Invoice Number | 9776481 |

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KDC | K. D. CORLEY | 5.80 | 3,886.00 |
| RJD | R. J. DIWA | 0.40 | 142.00 |
| | Total | 6.20 | $4,028.00 |



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

**Remittance Copy**

Invoice Date     June 17, 2022
Invoice No.     9790176

THE NEW YORK TIMES COMPANY
1627 I STREET NW
WASHINGTON, DC 20006

Client Name:     **THE NEW YORK TIMES COMPANY**
Matter Name:     **READE, TARA V. THE NEW YORK TIMES COMPANY**
Matter Number:     **0399543**        Claim No: **623dc6950ac55**

---

*For professional services rendered through May 31, 2022 as summarized below:*

| | |
|---|---|
| Services | $2,144.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$2,144.00** |

*To ensure proper credit to the above account, please indicate invoice no. 9790176*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o Truist Bank, Atlanta, GA

akerman.com



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | June 17, 2022 |
| Invoice No. | 9790176 |

THE NEW YORK TIMES COMPANY
1627 I STREET NW
WASHINGTON, DC 20006

| | | |
|---|---|---|
| Client Name: | **THE NEW YORK TIMES COMPANY** | |
| Matter Name: | **READE, TARA V. THE NEW YORK TIMES COMPANY** | |
| Matter Number: | **0399543** | Claim No: **623dc6950ac55** |

*For professional services rendered through May 31, 2022 as summarized below:*

| | |
|---|---|
| Services | $2,144.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$2,144.00** |

*To ensure proper credit to the above account, please indicate invoice no. 9790176*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o Truist Bank, Atlanta, GA

Akerman LLP                                                                                              Page 3

| 093692 | THE NEW YORK TIMES COMPANY | As of | May 31, 2022 |
| 0399543 | READE, TARA V. THE NEW YORK TIMES COMPANY | Invoice Number | 9790176 |

| Date | Services | Initials | Hours | Value |
|---|---|---|---|---|
| 6-May-22 | Communications with A. Sumar concerning responsive pleading to Plaintiff's opposition to pending dispositive motions | KDC | 0.10 | 67.00 |
| 13-May-22 | Review Plaintiff's opposition to special motion to strike and motion to dismiss in conjunction with review draft reply brief to same and respond to specific questions presented by A. Sumar | KDC | 1.60 | 1,072.00 |
| 16-May-22 | Review draft reply in support of motion to strike and motion to dismiss in conjunction with communications with A. Sumar concerning proposed edits re same | KDC | 1.00 | 670.00 |
| 17-May-22 | Evaluate ███████████████████████████████████████████ | KDC | 0.50 | 335.00 |

**Total Services** ....................................................................................................................**$2,144.00**

| 093692 | THE NEW YORK TIMES COMPANY | As of | May 31, 2022 |
| 0399543 | READE, TARA V. THE NEW YORK TIMES COMPANY | Invoice Number | 9790176 |

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KDC | K. D. CORLEY | 3.20 | 2,144.00 |
| | Total | 3.20 | $2,144.00 |



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | July 07, 2022 |
| Invoice No. | 9793641 |

THE NEW YORK TIMES COMPANY
1627 I STREET NW
WASHINGTON, DC 20006

Client Name: **THE NEW YORK TIMES COMPANY**
Matter Name: **READE, TARA V. THE NEW YORK TIMES COMPANY**
Matter Number: **0399543**

Claim No: **623dc6950ac55**

---

*For professional services rendered through June 30, 2022 as summarized below:*

| | |
|---|---|
| Services | $4,500.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$4,500.00** |
| | |
| **PREVIOUS BALANCE** | **2,144.00** |
| (Includes payments received through 07/07/22) | |
| **TOTAL AMOUNT DUE** | **$6,644.00** |

---

*To ensure proper credit to the above account, please indicate invoice no. 9793641*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o Truist Bank, Atlanta, GA



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

|                | |
|----------------|---------------|
| Invoice Date   | July 07, 2022 |
| Invoice No.    | 9793641       |

THE NEW YORK TIMES COMPANY
1627 I STREET NW
WASHINGTON, DC 20006

Client Name: **THE NEW YORK TIMES COMPANY**
Matter Name: **READE, TARA V. THE NEW YORK TIMES COMPANY**
Matter Number: **0399543**                          Claim No: **623dc6950ac55**

*For professional services rendered through June 30, 2022 as summarized below:*

| | |
|---|---|
| Services | $4,500.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$4,500.00** |
| | |
| **PREVIOUS BALANCE** | **2,144.00** |
| (Includes payments received through 07/07/22) | |
| **TOTAL AMOUNT DUE** | **$6,644.00** |

*To ensure proper credit to the above account, please indicate invoice no. 9793641*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o Truist Bank, Atlanta, GA

Akerman LLP                                                                                                 Page 3

093692      THE NEW YORK TIMES COMPANY                    As of                    June 30, 2022
0399543     READE, TARA V. THE NEW YORK TIMES COMPANY   Invoice Number                 9793641

| **Date** | **Services** | **Initials** | **Hours** | **Value** |
|---|---|---|---|---|
| 23-Jun-22 | Telephonic discussion with A. Sumar in preparation for upcoming hearing on motions and regarding Rule 26f conference in conjunction with exchange email with Plaintiff's counsel re same | KDC | 0.60 | 450.00 |
| 27-Jun-22 | Prepare for and attend hearing on Special Motion to Strike and Motion to Dismiss and Rule 26 Conference of Counsel | KDC | 4.00 | 3,000.00 |
| 28-Jun-22 | Telephonic discussion with A. Sumar followed by Rule 26 meeting with counsel for Reade and exchange follow-up emails with A. Sumar re same | KDC | 0.40 | 300.00 |
| 30-Jun-22 | Commence prepare stipulation to continue hearing on scheduling conference | KDC | 1.00 | 750.00 |

**Total Services** ................................................................................................**$4,500.00**

| 093692 | THE NEW YORK TIMES COMPANY | As of | June 30, 2022 |
| 0399543 | READE, TARA V. THE NEW YORK TIMES COMPANY | Invoice Number | 9793641 |

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KDC | K. D. CORLEY | 6.00 | 4,500.00 |
| | Total | 6.00 | $4,500.00 |



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

**Remittance Copy**

Invoice Date          August 15, 2022
Invoice No.                  9805775

THE NEW YORK TIMES COMPANY
1627 I STREET NW
WASHINGTON, DC 20006

Client Name:    **THE NEW YORK TIMES COMPANY**
Matter Name:    **READE, TARA V. THE NEW YORK TIMES COMPANY**
Matter Number:  **0399543**                                        Claim No: **623dc6950ac55**

---

*For professional services rendered through July 31, 2022 as summarized below:*

| | |
|---|---|
| Services | $938.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$938.00** |

*To ensure proper credit to the above account, please indicate invoice no. 9805775*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o Truist Bank, Atlanta, GA



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

| Invoice Date | August 15, 2022 |
|---|---|
| Invoice No. | 9805775 |

THE NEW YORK TIMES COMPANY
1627 I STREET NW
WASHINGTON, DC 20006

| Client Name: | **THE NEW YORK TIMES COMPANY** | |
|---|---|---|
| Matter Name: | **READE, TARA V. THE NEW YORK TIMES COMPANY** | |
| Matter Number: | **0399543** | Claim No: **623dc6950ac55** |

---

*For professional services rendered through July 31, 2022 as summarized below:*

| | |
|---|---|
| Services | $938.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$938.00** |

---

*To ensure proper credit to the above account, please indicate invoice no. 9805775*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o Truist Bank, Atlanta, GA

Akerman LLP

| 093692 | THE NEW YORK TIMES COMPANY | As of | July 31, 2022 |
| 0399543 | READE, TARA V. THE NEW YORK TIMES COMPANY | Invoice Number | 9805775 |

| Date | Services | Initials | Hours | Value |
|---|---|---|---|---|
| 1-Jul-22 | Review Court's Orders on application to seal image and dispositive motions in conjunction with supplement and revise draft stipulation to continue Rule 26 conference and related dates in conjunction with compose correspondence to counsel for Plaintiff re same | KDC | 1.20 | 804.00 |
| 11-Jul-22 | Evaluate communication from counsel for Reade providing settlement proposal and outline proposed settlement terms that NYT should consider | KDC | 0.10 | 67.00 |
| 29-Jul-22 | Exchange correspondence concerning identifying record based on Reade's notice of appeal | KDC | 0.10 | 67.00 |

**Total Services** ...............................................................................................................**$938.00**

093692     THE NEW YORK TIMES COMPANY                        As of                    July 31, 2022
0399543    READE, TARA V. THE NEW YORK TIMES COMPANY  Invoice Number              9805775

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KDC | K. D. CORLEY | 1.40 | 938.00 |
| | Total | 1.40 | $938.00 |



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

**Remittance Copy**

Invoice Date        September 02, 2022
Invoice No.                    9809451

THE NEW YORK TIMES COMPANY
1627 I STREET NW
WASHINGTON, DC 20006

Client Name:     **THE NEW YORK TIMES COMPANY**
Matter Name:     **READE, TARA V. THE NEW YORK TIMES COMPANY**
Matter Number:   **0399543**                          Claim No: **623dc6950ac55**

---

*For professional services rendered through August 31, 2022 as summarized below:*

|  |  |
|---|---|
| Services | $536.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$536.00** |
|  |  |
| **PREVIOUS BALANCE** | **938.00** |
| (Includes payments received through 09/02/22) | |
| **TOTAL AMOUNT DUE** | **$1,474.00** |

---

*To ensure proper credit to the above account, please indicate invoice no. 9809451*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o Truist Bank, Atlanta, GA

akerman.com



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | September 02, 2022 |
| Invoice No. | 9809451 |

THE NEW YORK TIMES COMPANY
1627 I STREET NW
WASHINGTON, DC 20006

| | |
|---|---|
| Client Name: | **THE NEW YORK TIMES COMPANY** |
| Matter Name: | **READE, TARA V. THE NEW YORK TIMES COMPANY** |
| Matter Number: | **0399543** |

Claim No: **623dc6950ac55**

---

*For professional services rendered through August 31, 2022 as summarized below:*

| | |
|---|---|
| Services | $536.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$536.00** |
| | |
| **PREVIOUS BALANCE** | **938.00** |
| (Includes payments received through 09/02/22) | |
| **TOTAL AMOUNT DUE** | **$1,474.00** |

*To ensure proper credit to the above account, please indicate invoice no. 9809451*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o Truist Bank, Atlanta, GA

akerman.com

| 093692 | THE NEW YORK TIMES COMPANY | As of | August 31, 2022 |
| 0399543 | READE, TARA V. THE NEW YORK TIMES COMPANY | Invoice Number | 9809451 |

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 1-Aug-22 | Review briefing schedule and related notices to counsel concerning appeal and correspond with A. Sumar re same | KDC | 0.30 | 201.00 |
| 10-Aug-22 | Review 9th circuit's order on failure of Reade to appeal a final order in conjunction with prepare correspondence to A. Sumar re same | KDC | 0.10 | 67.00 |
| 16-Aug-22 | Receipt and review court's minute order concerning upcoming scheduling conference | KDC | 0.10 | 67.00 |
| 30-Aug-22 | Evaluate order from office of mediator in conjunction with compose correspondence to A. Sumar re same | KDC | 0.10 | 67.00 |
| 31-Aug-22 | Exchange correspondence and telephonic discussion with A. Sumar concerning status of 9th Circuit proceedings, upcoming deadlines and proposed next steps following anticipated remand to trial court | KDC | 0.20 | 134.00 |

**Total Services** ......................................................................................................................**$536.00**

Akerman LLP

| 093692 | THE NEW YORK TIMES COMPANY | As of | August 31, 2022 |
|---|---|---|---|
| 0399543 | READE, TARA V. THE NEW YORK TIMES COMPANY | Invoice Number | 9809451 |

| Initial | Name | Hours | Amount |
|---|---|---|---|
| KDC | K. D. CORLEY | 0.80 | 536.00 |
| | Total | 0.80 | $536.00 |